IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HARUN S. MCDANIELS**                                                                                   **PLAINTIFF**

v.                                            **Case No. 4:22-cv-00190 KGB**

**LARSON,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

Before the Court is the status of this case. Plaintiff Harun S. McDaniels filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. No. 2). On January 26, 2023, the Court granted Mr. McDaniels' motion to proceed *in forma pauperis* and directed him to file an amended complaint within 30 days, or by Monday, February 27, 2023 (Dkt. No. 3). The Court advised Mr. McDaniels that his failure to comply with the Court's Order could result in the dismissal of his lawsuit without prejudice (*Id.*). The United States Postal Service returned the Court's January 26, 2023, Order, sent to Mr. McDaniels, marked undeliverable (Dkt. Nos. 4, 5).

Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas requires *pro se* plaintiffs to keep track of and prosecute their case, follow Court Orders, and apprise the Court of any address change. Specifically, it states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.

Local Rule 5.5(c)(2).

As of the date of this Order, Mr. McDaniels has not filed an amended complaint or otherwise responded to the Court's January 26, 2023, Order, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice Mr. McDaniels' claims for failure to prosecute

(Dkt. No. 2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 6th day of March, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge